# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-1015**                         **September Term, 2022**
FILED ON: JULY 18, 2023

WYNNEWOOD REFINING COMPANY, LLC AND COFFEYVILLE RESOURCES REFINING & MARKETING, LLC,
        PETITIONERS

v.

ENVIRONMENTAL PROTECTION AGENCY,
        RESPONDENT

Consolidated with 22-1051, 22-1053

On Petitions for Review of a Final Action
of the Environmental Protection Agency

Before: SRINIVASAN, *Chief Judge*, PILLARD, *Circuit Judge*, and RANDOLPH, *Senior Circuit Judge*

**J U D G M E N T**

These causes came on to be heard on the petitions for review of a final action of the Environmental Protection Agency and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be denied, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/

        Daniel J. Reidy
        Deputy Clerk

Date: July 18, 2023

Opinion for the court filed by Circuit Judge Pillard.
Opinion concurring in the judgment filed by Senior Circuit Judge Randolph.