# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WYNNEWOOD REFINING COMPANY, LLC, COFFEYVILLE RESOURCES REFINING & MARKETING, LLC,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent. | Case No. 22-1015 |

## PETITIONERS' STATEMENT OF THE ISSUES TO BE RAISED

Pursuant to this Court's February 8, 2022 Order and Circuit Rule 28, Wynnewood Refining Company, LLC, and Coffeyville Resources Refining & Marketing, LLC ("Petitioners") through undersigned counsel, hereby submit the following non-binding statement of issues to be raised:

1. Was the final action of the Administrator of the United States Environmental Protection Agency ("EPA"), titled "Renewable Fuel Standard (RFS) Program: Extension of Compliance and Attest Engagement Reporting Deadlines." 87 Fed. Reg. 5696 (Feb. 2, 2022), which modified and compressed annual compliance deadlines under the RFS program, arbitrary, capricious, or otherwise contrary to law?

This statement is preliminary. Petitioners reserve the right to modify and amend its issues to be raised.

|  |  |
|---|---|
| Dated: March 3, 2022 | Respectfully submitted, |

*s/ Jonathan G. Hardin*

Jonathan G. Hardin
LeAnn Johnson Koch
Alexandra Magill Bromer
Karl J. Worsham
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6297
Facsimile: 202.654.6211
JHardin@perkinscoie.com
LeAnnJohnson@perkinscoie.com
ABromer@perkinscoie.com
KWorsham@perkinscoie.com

Attorneys for Petitioners

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25 and D.C. Circuit Rule 25, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 3, 2022

                                        *s/ Jonathan G. Hardin*
                                        Jonathan G. Hardin
                                        PERKINS COIE LLP